## Exhibit A to the Complaint

**Location:** Staten Island, NY  
**Total Works Infringed:** 69

**IP Address:** 71.190.187.45  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5C8BA544306FFC42074EF43606352DA8A8E24B1C<br>File Hash: 947B78D6EBCC7259ECAF02F029868B747BF48DF18C830C9D165238B848EA835B | 01-18-2022 10:04:06 | Blacked Raw | 09-07-2020 | 09-29-2020 | PA0002258685 |
| 2 | Info Hash: 4D681AA2C0E7C46C0814F3BBA7DF71007C31C7E8<br>File Hash: 0408F6FA4B819558C266E53122B05254F0924FB41DBB21F395B269437C030F3F | 01-18-2022 05:23:20 | Blacked | 03-28-2020 | 04-15-2020 | PA0002246108 |
| 3 | Info Hash: C712DD41FC304B9E6DA7F281D40A84F3998639A1<br>File Hash: 44DA1CAA08B3A845984A5D3DF965483C901BB699AD711BE89BA1A4B68FBBCE88 | 01-18-2022 00:59:25 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 4 | Info Hash: 1FB66E4385C8853E315449836681311B4D9CE19F<br>File Hash: B89255679DB9676AAF80535321F64F05072F55DF1A6BB5E3259BEE9B01A70DCC | 01-17-2022 13:42:22 | Vixen | 05-24-2018 | 07-14-2018 | PA0002128388 |
| 5 | Info Hash: 5256B65E523BCBE18B3BA99EFB719D22C52EAE24<br>File Hash: C94A40B2324F89EC3592BB9E66F22180A57436126F54EB4B76CEA2FA3BBB839C | 01-17-2022 13:30:16 | Vixen | 07-28-2018 | 09-01-2018 | PA0002119572 |
| 6 | Info Hash: F9B1C1D66AED353AE45C3DB37B2DCEA70E3E7649<br>File Hash: 55B79140DAC0943B0950CCB4FDA2EEBA6CF3EAE421B990BA2CA97A24DD3E3490 | 01-17-2022 01:59:42 | Vixen | 05-09-2019 | 06-03-2019 | PA0002178768 |
| 7 | Info Hash: 62906BB416FDB39E6D89567E554265F4675FA366<br>File Hash: 90DD728A354B4FFB49F4157353ECE404EDE763B700E584722F9CAD312D6BCCF7 | 01-17-2022 00:28:04 | Blacked Raw | 12-20-2018 | 01-22-2019 | PA0002147906 |
| 8 | Info Hash: 62262C61602C01235FC02017D912EEDBFD38EA22<br>File Hash: 1C6FC204BE9AA10C317FC0FD0B94007D7B64DD4EA36AE0067FB0BEE7F0070AB1 | 01-17-2022 00:20:24 | Vixen | 09-01-2018 | 11-01-2018 | PA0002143431 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 9F603D8C63DBB71F9A0412A6272081629F2302B8<br>File Hash: 2C112D6DCF8D71340CEA6FE8DAAB618588311BA0CAD0060E0D830F64E1A4FC89 | 01-16-2022 23:57:49 | Vixen | 01-09-2019 | 02-02-2019 | PA0002155377 |
| 10 | Info Hash: 476E3FCFB4524984E49DD1F39430AE41906240C2<br>File Hash: 834F8CC547969E6D74E71C8E2618B5179EDD19A9D83856E87770170049640070 | 01-16-2022 23:57:49 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 11 | Info Hash: 84E3BECE3CADAE5C5DE913EEBC5F353240357A56<br>File Hash: A27BD0DC662A8E494AD2DF17811179E86B6B9837BA8D162AEAE0C027D35B8BA2 | 01-16-2022 23:56:15 | Vixen | 12-10-2019 | 01-03-2020 | PA0002233429 |
| 12 | Info Hash: 1A39E8D1A9F6C849073CE98ED44EE8183CD834F2<br>File Hash: 993E3D71A3745716F1CD51EA10090146B49CB91F23C498E52562FCA0458EB90E | 01-16-2022 23:55:32 | Blacked | 03-01-2018 | 04-12-2018 | PA0002091580 |
| 13 | Info Hash: EA39AD116E1AD82A259908E827ABCC1AAF1D19D5<br>File Hash: A32E449C200FC59E4D3B31C88E075432B1C4DB5C74BE06F8C2F9FD2F05FE6B0D | 01-16-2022 23:54:34 | Vixen | 04-09-2017 | 06-05-2017 | PA0002052836 |
| 14 | Info Hash: 4A397114BB6752E8E3B02A307A48241E2FCE9EBF<br>File Hash: 863BE964334AECC4B123976236E58C371EE116A48DD5DBB2E2D33E9B462CB0A2 | 01-16-2022 23:54:22 | Vixen | 12-25-2017 | 01-15-2018 | PA0002099686 |
| 15 | Info Hash: FB672E815A9FEA2A5E75AB12CF8D0C070F88F203<br>File Hash: 4533A2D00026774EA08D15C910F8939DF7CFE778FCC019BE146C06FF19256D85 | 01-16-2022 23:10:27 | Vixen | 03-30-2019 | 04-29-2019 | PA0002169943 |
| 16 | Info Hash: 33F94195AFEDA778091F28D56591F3AE14EDB866<br>File Hash: E514A61C7ACA9543460A99216ABD9BE7C466A6CDDCC9783A4F996E2548240887 | 01-16-2022 23:09:13 | Blacked Raw | 02-21-2020 | 03-18-2020 | PA0002241534 |
| 17 | Info Hash: B2AE0FC765E6EB1BE8B0E93C03FA9587817F7C3C<br>File Hash: 5EA027602327EF3861703D9FE8E45AB4E84F2A8179A8ECB6637C4E3F375266B4 | 01-16-2022 23:01:15 | Vixen | 02-28-2019 | 03-31-2019 | PA0002163973 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 81B754848E758295267C8F5A0C61B49648FAF122<br>File Hash: F8569ABFA44E499C9579796053CD159215AA1893FCA5DAA8DD70A22F6450D182 | 01-16-2022 23:01:00 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |
| 19 | Info Hash: 79B11A923505F1BC77096092FC15A850FB55AC88<br>File Hash: CE9BC48C36CC9FE2559D73BF7923B6D3DA2BA43C5494FD8D18C13EE99C0A558E | 01-16-2022 23:00:50 | Blacked | 09-12-2018 | 11-01-2018 | PA0002143426 |
| 20 | Info Hash: 64C5FE3D236310F40A80E7FBC9905050811C3CB6<br>File Hash: 2FC8A2A0D43277B48375863E8F59D1CAFF37560781141E53CAB03956CC4901CD | 01-16-2022 22:59:27 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 21 | Info Hash: C4C27036A29087CA0E0E3CF3F45E465552C1174A<br>File Hash: F14F995A8888850627143EB604667C52F8456C420AB17D104C38F44C7018FE88 | 01-16-2022 22:57:56 | Blacked | 05-10-2017 | 06-22-2017 | PA0002039285 |
| 22 | Info Hash: 455E85AE02C6CE801980B5DA38F8FD404B008BEE<br>File Hash: 373D0D1E25907106C23C7B921E555CD0060D79A67F3491054A3DD3EF041E52A5 | 01-16-2022 13:46:46 | Vixen | 03-20-2018 | 04-12-2018 | PA0002091523 |
| 23 | Info Hash: 3D925EBC0EB2F34FDBF479303F5725A7BC3F1FAD<br>File Hash: 51830B69BFB87493650AD3F034E84308F146653B233692F7F6D12270944FD74B | 01-16-2022 03:17:21 | Vixen | 04-19-2019 | 05-28-2019 | PA0002200778 |
| 24 | Info Hash: 6088C05021BF2B3A40A587392CBAF1884311E344<br>File Hash: 8C92C33D9A04002A508E2B8D0240DEE77F6922C412A733E6CFA192FFE3319CB0 | 01-16-2022 03:00:24 | Vixen | 09-21-2018 | 11-01-2018 | PA0002143417 |
| 25 | Info Hash: F2F1D363DB5FAAF52E0991EC8D44300307CF976C<br>File Hash: 383A0519E7F87F67E48BEE1637A2B65FCA49D2D93D26DBBF8F741D6981EFE163 | 01-16-2022 02:59:14 | Vixen | 11-20-2018 | 12-18-2018 | PA0002141925 |
| 26 | Info Hash: 4B1C6C7F3650B7D808425C0B789E1A25376C84BE<br>File Hash: E8E9419A50DB602E238DC2831A8FBC0E5C502860ACAECCEDBBCADF5C11E6E628 | 01-16-2022 02:07:22 | Vixen | 11-20-2017 | 01-04-2018 | PA0002069354 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 3BDD484D8950336CB8885552339DB88355DF7EEB<br>File Hash: 42B62791B72F587887F5F4CCA2ECAF7004F4FC336D644C74075E6B5C02EB31E6 | 01-16-2022 02:05:48 | Blacked | 04-10-2018 | 05-23-2018 | PA0002101304 |
| 28 | Info Hash: 04AE1F995EF6EA54AC6E7126FD02D2238FF9E95C<br>File Hash: 8D98A7DC0254DE492F6D0A4A0817E4C3623A0304254BD1B0A881F42823FB12DF | 01-16-2022 02:05:23 | Blacked Raw | 07-26-2018 | 09-01-2018 | PA0002119594 |
| 29 | Info Hash: A1116BE2B18C555A87C9C7F10F2A9993547AB7E8<br>File Hash: 5546CBB98784C49BFA005C7ECF8547318C7616531BD782ECD70EBB526FC2BD69 | 01-16-2022 01:54:01 | Vixen | 09-06-2018 | 11-01-2018 | PA0002143433 |
| 30 | Info Hash: D6F13BDEE809DD8CEC69657278BB06C38E1D6776<br>File Hash: 81BFAF2D6BEB95A668ED417100601BBC0CDDCD46EFC85EAAD09F2F70B3D6F35F | 01-16-2022 01:52:13 | Vixen | 10-16-2018 | 10-28-2018 | PA0002130458 |
| 31 | Info Hash: CBBD6BE22867F51210573AC921723AC8E3225FF1<br>File Hash: E8FAA3C8DC0CF07DDEDD8B6030056695634903B55AA4C302AC03952726A153A2 | 01-16-2022 01:51:20 | Blacked | 12-16-2018 | 02-02-2019 | PA0002154976 |
| 32 | Info Hash: 4E478C0D6C13D7F2E0DB6AE09D6260378FACC3C9<br>File Hash: F040BDD4A99C0DE4A6ED420EBABD975406DC2FC4B90A275D0DAA98BAC9A49012 | 01-09-2022 22:55:06 | Blacked | 01-08-2022 | 01-17-2022 | PA0002330123 |
| 33 | Info Hash: 309694908CC3A893643658B5EFDFA14392D55538<br>File Hash: C3BD08977466811FAC5A111AA8EB16A0FC86124713260ABDFB471ACDFDAA30B7 | 01-09-2022 22:53:41 | Blacked | 01-01-2022 | 01-17-2022 | PA0002330118 |
| 34 | Info Hash: A179C2A550C49C93525C1F1CA4D519E8A3226C36<br>File Hash: 0B1DBBE3613FBBE754C04963A17206F8436EEEEAB68D72E81DF20294185E0782 | 01-09-2022 22:51:35 | Vixen | 12-17-2021 | 01-17-2022 | PA0002330110 |
| 35 | Info Hash: B7D7404BE05F28855D25697F8143AE2E027DBCF9<br>File Hash: 25E0B3C5A1DFCA83831090BAE69AD1CD4E6C03C74D45979CC1E0A879B366C42A | 01-09-2022 22:12:25 | Vixen | 12-31-2021 | 01-17-2022 | PA0002330094 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 592E00EEFD8E4215D6964480C40D05812DBD90C7 <br> File Hash: FA22CD79576E501FDA01E552ADE1E975DF4576FF63D4D95EF7497F64F508904A | 01-09-2022 17:52:58 | Vixen | 10-21-2019 | 11-05-2019 | PA0002227093 |
| 37 | Info Hash: B15AEC60462BFBEC3BEB90520210736FF6DAC0B2 <br> File Hash: F2FFF02D7544C74634BDF0F876D30AFA75E8B1AC1563843C06FCF5E046934377 | 01-07-2022 15:05:35 | Blacked | 01-05-2020 | 02-03-2020 | PA0002225565 |
| 38 | Info Hash: 5967A179ECB17E915F3957FADEC80E9B2D5B9669 <br> File Hash: 438A13F42E95B96712064573C99921F9AFBF1427A47586982260C2CAA5E6B528 | 12-31-2021 23:48:47 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 39 | Info Hash: CC60A20C605A540B07CE60B2BE1806121B0BA495 <br> File Hash: D5BA24EA5531B610FBAD2D631589F77BA69A97CE0D76ACD258DF71450936AC8E | 12-31-2021 22:37:00 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 40 | Info Hash: 09D9032A2A970429F03691B86CDE4626FA367516 <br> File Hash: E02A28D4BC94CF2BB047936D0F077C282A44EB41C8231CABDFF014E0E6AC4B20 | 12-31-2021 22:36:52 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 41 | Info Hash: 12E9D5A5076916A0D0E2D2E6C76ECEC6C71B477F <br> File Hash: A2129D366B86687DFB8D81B3F6519F5DEDC39BC5C1CEBD842AA4DD68FBD40E31 | 12-29-2021 06:06:22 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |
| 42 | Info Hash: C8BF43D1C97CFA2F83ADB8A32F39ACAABFCDAE24 <br> File Hash: 59A88FC83130B7571A183F1538701825CED832184729F4FC7C643C6CD5B2664D | 12-29-2021 02:28:07 | Blacked | 12-11-2019 | 01-03-2020 | PA0002219628 |
| 43 | Info Hash: 004DA2C9122F1CFF1346FD0D9BBA7C7BE4D156EC <br> File Hash: 42EEA3996C07F526F42BC5A56307832E4DB84ECE456789187C9194BF3BFC57E4 | 12-29-2021 02:01:00 | Vixen | 08-07-2019 | 08-26-2019 | PA0002213240 |
| 44 | Info Hash: D5C155EE50EC64536373810D1D2B41605132D121 <br> File Hash: B0F00154F0F6120DDE1D9C39C0EA8B289F5981D6E701047EB73F4D2ABBB2E874 | 12-28-2021 21:53:21 | Blacked | 12-06-2018 | 12-18-2018 | PA0002141921 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 8AA35B136BAD524ABE532FF7416DCBEDF3D5C782<br>File Hash: 8F198D597802DA68E34FA5BCF8D9F4B9EAC2F19B1E474F1898480231B0458C0D | 12-28-2021 21:32:30 | Vixen | 12-15-2018 | 01-22-2019 | PA0002147905 |
| 46 | Info Hash: F1A8FDDC7271C19163305AE914356B73F55983C1<br>File Hash: 281B5A2C10E38CA9F60CC2E00D560772079624C9C3143E13F482382076983DBC | 12-28-2021 21:28:41 | Vixen | 05-14-2017 | 06-22-2017 | PA0002039297 |
| 47 | Info Hash: BC7DB9E318C2011D44D090E1318A3BF9C4D93226<br>File Hash: AE2C226E2EB6EF95B2F7C28AE9BF576C51379305842829BBBC0FB00C38352982 | 12-28-2021 02:22:35 | Vixen | 02-13-2019 | 03-11-2019 | PA0002158413 |
| 48 | Info Hash: 976A6848B2267817A0FB23CCD8E05662E2C97B92<br>File Hash: 780A4DC6FA4815FF3E7934B8A9F1CE896FC6FDCCE778B66B87DA85B70B73CBAF | 12-28-2021 00:22:11 | Vixen | 07-23-2019 | 08-27-2019 | PA0002213247 |
| 49 | Info Hash: 15D01C763A1112FC85815EE1063A42666D23A421<br>File Hash: 0CDA0069E9F9644C2BA13F2A6D05D11B3901D2EB71A8F3EA563CD124B92D9082 | 12-24-2021 22:28:01 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 50 | Info Hash: AE5E870D8F949A3741E69FBA6203F095361DF9F5<br>File Hash: D90EFDA384181A39266A71879AB8163B9F54A4C27773B059A189B248D4E9E4FD | 12-24-2021 21:58:20 | Blacked Raw | 02-01-2020 | 03-15-2020 | PA0002240553 |
| 51 | Info Hash: 394C61DBB1F7AE37235312328E8EA8D997C00B8D<br>File Hash: 353FEF6A78480786CB531A4AFC7F59D196EC18C5E430A53E37FAE917F3E9EE3C | 12-24-2021 21:56:46 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |
| 52 | Info Hash: 518A1526D57B2B324D29D87CF7E4C0ECD1A6DEE8<br>File Hash: E665A2A479A43591819B20606F9D98749AE93D42A218D1AC127018BBE0B60A4D | 12-24-2021 21:53:11 | Blacked | 04-15-2019 | 05-11-2019 | PA0002173886 |
| 53 | Info Hash: 1E4D9151E4CEC98F69A92CD6D6FE68C5E8972F23<br>File Hash: 6FF23A945682BC54C4CBB35994A2BCE8AACE536D816BCEED05F7426578356633 | 12-22-2021 02:20:04 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: A4845EF2D2D337C31D0A9F755FB63A7E2A43992E<br>File Hash: 3B36E7EBCB08AFD1014DD723ACD45A74B404EF987DB5D1884904A3A80F6CB8E0 | 12-21-2021 16:12:35 | Blacked Raw | 11-08-2019 | 12-03-2019 | PA0002232045 |
| 55 | Info Hash: 99353EBAA7816D23A2435ECDE9EE8909E7A233F5<br>File Hash: 2792E71D16B573291DF49BC474D9FF4CDB44545141B8B5CB5844B4CE205C0EAC | 12-21-2021 15:31:26 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 56 | Info Hash: BA5992EF282C95F2A6CBE045F25C6D39F676D617<br>File Hash: C06A6609E3EF1D9957596CFF60D813DE7EEA47C713B60D115BB80DA4BB8BC5D2 | 12-21-2021 15:12:48 | Blacked | 04-10-2019 | 05-11-2019 | PA0002173883 |
| 57 | Info Hash: D702D009EB68CCFCCED118FF97BC6DFFFC22A38E<br>File Hash: EEB5F417612E98224C56B6D41EBFFE1E1E502D06E897E6B9C94C4B48BAC263DD | 12-20-2021 01:49:11 | Blacked | 12-01-2019 | 12-17-2019 | PA0002217663 |
| 58 | Info Hash: 4FF125E7CC239D7453FF31E1BCACF32F09804795<br>File Hash: 092DF0D4620255E8673A25A447351D4BF3F82A2CB14E005A643CEFF4615A8991 | 12-20-2021 00:58:04 | Vixen | 03-25-2018 | 04-17-2018 | PA0002116726 |
| 59 | Info Hash: 8A842DDCB86E66CAD7B60FCCCE7233DA6889A656<br>File Hash: DF8E6894E3CBC6E08447054B28C296C204B4AFA57B61FD757AF487C9D7C1297F | 12-20-2021 00:51:38 | Vixen | 10-21-2017 | 11-30-2017 | PA0002098006 |
| 60 | Info Hash: 53D1DE440F17D6567F1067204E832ADE5FADE5CE<br>File Hash: CE413A76BF40C7AFD6A2FDC4D1E3C270F2A436264887410442A171CFA45D906B | 12-20-2021 00:01:54 | Blacked Raw | 06-26-2019 | 08-27-2019 | PA0002213245 |
| 61 | Info Hash: F491E98F15C829B918E94EDC62F86FC9F5FDF9C8<br>File Hash: 1B3F1DA51F73F9333F96A92475051A292BFACA76CB7EF662457FB18470D95BBC | 12-19-2021 22:55:59 | Blacked | 09-22-2019 | 10-07-2019 | PA0002205469 |
| 62 | Info Hash: EE33CA60AB1858DC8FEF12E32CCDDACAF1DA6869<br>File Hash: 62A82AB39773381B26F80F1BD32CF3446A7C635D39B850DC1A65673DE5D2E09C | 12-19-2021 14:25:49 | Blacked Raw | 04-06-2020 | 04-17-2020 | PA0002237306 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: B570B3CA34427AEB49004E18B00E3463DC08B2DC<br>File Hash: 9BDC042671D4625F134162670467C6C4AFC60B9EDA01BDE4E5BF133975DF2F62 | 12-18-2021 16:05:11 | Blacked | 10-27-2019 | 11-15-2019 | PA0002211841 |
| 64 | Info Hash: 3E9768CECEFE74C19E577A5392B5CC85ADE4138E<br>File Hash: 7B7688102D59385E4185DD3D2FBCCE65B6CFE5A001B4E33A7FF83B20D84F5978 | 12-11-2021 14:08:14 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 65 | Info Hash: EB2FA6D8D0F409495CFD399CD2DF142F55EB24D4<br>File Hash: F6094559C3FA16B75D2E4A8D84124BBF01D59B4C80814C7507E0657BFDFD7D35 | 11-24-2021 21:56:56 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 66 | Info Hash: 372C16BE53C1B0D0DA0700D6CF211107D110CC5B<br>File Hash: 874D6C9BEF7F531CA458C79F051DA7F2F3D592FE17FC8E330FC6EF7062477E3A | 11-21-2021 16:07:14 | Vixen | 11-19-2021 | 12-09-2021 | PA0002325815 |
| 67 | Info Hash: F95777F35779C40EBD270F2ED2F0096D8D8A10D0<br>File Hash: 3F6FFD88820E88F33FB32276FA8EDE0882FE85E9C90A60CC2BB5B35F09D15B46 | 11-20-2021 23:10:22 | Blacked Raw | 11-15-2021 | 12-09-2021 | PA0002325813 |
| 68 | Info Hash: 384973DDD6B06E2B640CD9EF0FD526860C50CA56<br>File Hash: F68C29AF0E1AD31F893F183FA679B0A4E2113B22A16B2BD821BE3B89168B0C36 | 11-17-2021 01:01:04 | Vixen | 11-05-2021 | 11-11-2021 | PA0002321282 |
| 69 | Info Hash: 0EA70C4136D3ED3CC3474160F6A54DA00DA9B732<br>File Hash: 5F1E4B5ABBFC4A0B2DD7F46C6414E6B062EDE9E7ECD07E28F56F480D37FB20A6 | 11-17-2021 00:59:26 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |